Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

ANTHONY A. FRIEDMAN (State Bar No. 201955)
aaf@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:   (310) 229-1244

☐ *Debtor(s) appearing without attorney*
☒ *Attorney for*: Todd A. Frealy, Chapter 7 Trustee

FOR COURT USE ONLY

**FILED & ENTERED**

**DEC 27 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch     DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

In re:

JULIA BAEZ,

Debtor(s)

TODD A. FREALY, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF JULIA BAEZ,

Plaintiff(s)

vs.

JULIO HERNANDEZ MORALES and JUDITH HERNANDEZ,

Defendants.

CASE NO.: 6:22-bk-14839 WJ

CHAPTER: 7

ADVERSARY NO.: 6:23-ap-01052 WJ

**DEFAULT JUDGMENT
(WITHOUT PRIOR JUDGMENT)**

Date:   December 21, 2023
Time:   1:30 p.m.
Crtrm:  304

Based on the Defendants' failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment is hereby entered in favor of Plaintiff: Todd A. Frealy, Chapter 7 Trustee
   and against Defendants: Julio Hernandez Morales and Judith Hernandez

2. a. ☐ Plaintiff is awarded damages in the following amount:            $_____

   b. ☐ Plaintiff is awarded costs in the following amount:               $_____

   c. ☐ Plaintiff is awarded attorney fees in the following amount:       $

   d. ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): _____

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

e.    ☒    Plaintiff is granted the following relief (*specify*):

i.    The Plaintiff may sell the real property located at 1382 Winston Court, Upland, California 91786 (the "Property") in its entirety, including the interest of defendant JULIO HERNANDEZ MORALES pursuant to 11 U.S.C. § 363(h).

The Property is legally described as follows:

Lot 17 of Tract 6607, in the City of Upland, County of San Bernardino, California as per map recorded in Book 83, Pages 51 and 52, Inclusive of Maps, in the Office of the County Recorder of Said County.

A.P.N. 1045-381-36

ii.    Defendant JULIO HERNANDEZ MORALES shall turn over the Property to the Plaintiff pursuant to 11 U.S.C. § 542.

iii.    The transfer of any interest in the Property from the Debtor Julia Baez to Defendant JUDITH HERNANDEZ is avoided and recovered pursuant to 11 U.S.C. § 544 and 550 and California Civil Code §§ 3439 et seq.

iv.    Defendant JUDITH HERNANDEZ shall turn over the Property to the Plaintiff pursuant to 11 U.S.C. § 542.

v.    Plaintiff's claim for declaratory relief as against Defendant JULIO HERNANDEZ MORALES is dismissed without prejudice.

### 

Date: December 27, 2023

_Wayne Johnson_
Wayne Johnson
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                     Page 2                                     **F 7055-1.2.DEFAULT.JMT**