ANTHONY A. FRIEDMAN (State Bar No. 201955)
aaf@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Plaintiff, Todd A. Frealy Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| **In re**<br><br>**JULIA BAEZ,**<br><br>       **Debtor.** | **Case No. 6:22-bk-14839 WJ**<br><br>**Chapter 7** |
| **TODD A. FREALY, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF JULIA BAEZ,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**JULIO HERNANDEZ MORALES and JUDITH HERNANDEZ,**<br><br>       **Defendants.** | **Adv. No. 6:23-ap-01052 WJ**<br><br>**PLAINTIFF TODD A. FREALY, CHAPTER 7 TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER FOR WRIT OF POSSESSION – REAL PROPERTY, DIRECTING THE UNITED STATES MARSHAL TO EVICT DEFENDANTS JULIO HERNANDEZ MORALES AND JUDITH HERNANDEZ FROM 1382 WINSTON COURT, UPLAND, CALIFORNIA 91786**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**DECLARATION IN SUPPORT THEREOF**<br><br>**[No Hearing Required]**<br>**[Local Bankruptcy Rule 9013-1(o)(1)]** |

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE**, **AND TO DEFENDANTS JULIO HERNANDEZ MORALES AND JUDITH HERNANDEZ:**

**PLEASE TAKE NOTICE** that Todd A. Frealy, the chapter 7 trustee and plaintiff (the "Trustee") for the bankruptcy estate of Julia Baez (the "Debtor"), will and hereby does move (the "Motion") this Court for an order for writ of possession – real property to the real property located at 1382 Winston Court, Upland, California 91786 (the "Property") in favor of the Trustee and against Julio Hernandez Morales ("Julio") and Judith Hernandez (the "Judith"[1], and together with Julio, the "Defendants") and any third parties occupying the Property with or at the direction of Defendants.

In support of this Motion, the Trustee will rely on these moving papers, the attached Memorandum of Points and Authorities and the Declarations of Todd A. Frealy and Anthony A. Friedman, the pleadings and orders on file in this case, and such other additional evidence and arguments of counsel as may be presented to this Court.

**PLEASE TAKE FURTHER NOTICE** that this Motion is being served on Defendants, and each of them, by overnight mail, as well as on all parties available to receive notice through the Court's Notice of Electronic Filing (NEF).

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(o)(1) requires that any request and request for hearing must be filed with the Court and served on the movant and the Office of the United States Trustee within 14 days after the date of service of the notice, plus 3 additional if the notice was served by mail, or pursuant to F.R.Civ.P. Rule 5(b)(2)(D) or (F).

---

[1] The Trustee has been in contact with Judith regarding this matter. Judith has verbally advised Trustee's counsel that she does not reside at the Property and has no desire to interfere with the Trustee's obtaining possession, marketing and sale of the Property pursuant to the Default Judgment (as that term is defined below). Notwithstanding Judith's statements to the Trustee's counsel, the Trustee seeks the relief set forth in this Motion against both Julio and Judith.

1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-(1)(h), failure to file and serve a timely response may be deemed consent to the granting of this Motion.

**WHEREFORE**, the Trustee prays that this Court enter an order:

1. Granting the Motion;

2. Directing the Clerk to issue a Writ of Possession – Real Property concerning the Property;

3. Directing the United States Marshal to immediately remove from the Property the Defendants, and each of them, and any third parties occupying the Property with or at the direction of Defendants;

4. Authorizing the Trustee to pay costs associated with the Writ of Possession – Real Property; and

5. Granting such other and further relief as is just and appropriate.

DATED: February 28, 2024

LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.


By:/s/ Anthony A. Friedman
    ANTHONY A. FRIEDMAN
Attorneys for Plaintiff, Todd A. Frealy,
Chapter 7 Trustee for Julia Baez

2

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF FACTS

On December 29, 2022 (the "Petition Date"), Julia Baez (the "Debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code.  Thereafter, Todd A. Frealy (the "Trustee") was appointed and presently is the acting Chapter 7 trustee of the Debtor's bankruptcy estate.

The Trustee's investigation into this case revealed that on or about May 31, 2005, the Debtor and Julio Hernandez Morales (the "Julio"), during their marriage, obtained title to that certain real property located at 1382 Winston Court, Upland, California 91786 (the "Property"), as husband and wife as joint tenants, by way of Grant Deed recorded in Official Records County of San Bernardino, bearing recordation number 2005-0381980.

The Trustee is informed that the Debtor and Julio separated in 2018, with the Debtor leaving the Property and Julio retaining possession of the Property. The Trustee is further informed that on or about June 5, 2018, Julio filed a proceeding in San Bernardino County Superior Court to dissolve his marriage to the Debtor, commencing case number FAMSS1804724 (the "Dissolution Action").

On November 16, 2018, in the Dissolution Action, the Debtor filed a request for an order that the Property be sold. In connection with the Trustee's administration of the Debtor's estate, on or about June 8, 2023, the Debtor provided the Trustee with her declaration regarding the Property.  Within the June 8, 2023 Debtor declaration, the Debtor testified in her declaration that she sought a 50% interest in the Property. The Debtor said that she later walked away from the Property for the peace of her family, but that she never signed any deeds to transfer her interest in the Property to anyone else. The Debtor further indicated that she never received any money or consideration for the Property.

On December 8, 2020, a divorce judgment was issued as between the Debtor and Julio (the "Judgment"). The Judgment did not include that certain *Property Order Attachment to Judgment* (form FL-345), notwithstanding the fact that the Judgment states that the *Property Order Attachment to Judgment* (form FL-345) is attached to the Judgment.

3

After the Petition Date, on March 16, 2023, Julio filed a request for order (the "RFO") in the Dissolution Action requesting that the Court in the Dissolution Action enforce the Judgment and execute documents transferring the Debtor's interest in the Property to Judith Hernandez (the "Judith"). The RFO was based on a Minute Order dated August 9, 2019 in the Dissolution Action and that certain *Property Order Attachment to Judgment* (form FL-345) which was disclosed for the first time (the "Transfer"). However, the Trustee is informed and believe that the Superior Court has not adjudicated or divided the Property, or awarded it to one party or the other in the Dissolution Action. Accordingly, the Debtor's interest in the Property remains property of the Debtor's bankruptcy estate, to be administered for the benefit of the Debtor's estate and its creditors.

As of the Petition Date, title to the Property remained in the name of the Debtor and Julio, as husband and wife as joint tenants. Defendants retain and continue to retain possession of the Property to the present date.

On May 30, 2023, the Trustee filed that certain *Complaint: (1) for Declaratory Relief; (2) Sale of Interest of Co-Owners in Property of the Estate; and (3) Turnover of Property* (the "Complaint") [Adversary Docket No. 1] against the Julio (the "Adversary").

Having learned of the RFO after the filing of the Complaint, on June 20, 2023, the Trustee filed that certain *First Amended Complaint: (1) Sale of Interest of Co-owners in Property of the Estate; (2) Turnover of Property; (3) for Avoidance and Recovery of Fraudulent Transfer; (4) to Preserve Recovered Transfer for Benefit of Debtors Estate; and (5) for Declaratory Relief* (the "First Amended Complaint") [Adversary Docket No. 5] in the Adversary against the Defendants.

On December 27, 2023, this Court entered a Default Judgment in the Adversary (the "Default Judgment") [Adversary Docket No. 37] against Defendants, which provided as follows:

1) The Trustee may sell the Property in its entirety, including the interest of Julio pursuant to 11 U.S.C. § 363(h).

4

2) Defendants, and each of them, shall turn over the Property to the Trustee pursuant to 11 U.S.C. § 542.

3) The Transfer of any interest in the Property to Judith is avoided and recovered pursuant to 11 U.S.C. § 544 and 550 and California Civil Code §§ 3439 et seq.

4) Trustee's claim for declaratory relief against Julio is dismissed without prejudice.

A true and correct copy of the Default Judgment is attached hereto as **Exhibit "1"** and is incorporated herein by reference.

On January 8, 2024, the Trustee went to the Property to view the Property and deliver a written correspondence to Julio requesting that Julio contact the Trustee to discuss the Trustee commencing marketing efforts and ultimate sale of the Property. A true and correct copy of the Trustee's January 8, 2024 correspondence is attached hereto as **Exhibit "2"** and is incorporated herein by reference.   While at the Property, the Trustee provided the January 8, 2024 correspondence to Julio.  Additionally, while at the Property on January 8, 2024, Julio advised the Trustee that Julio had an attorney and that the Trustee should speak with Julio's attorney.

On January 19, 2024, Trustee's counsel was contacted by the Law Office of John Setlich in an attempt to discuss the Adversary.  A true and correct copy of the January 19, 2024 correspondence is attached hereto as **Exhibit "3"** and is incorporated herein by reference.

On January 24, 2024, Trustee's counsel communicated by telephone with Mr. Setlich to discuss obtaining access for the Trustee's real estate broker to conduct an interior inspection of the Property, for a recent mortgage statement and proof of current insurance.  Mr. Setlich advised that he would discuss with Julio and thereafter contact Trustee's counsel.

On January 30, 2024 and February 2, 2024, Trustee's counsel reached out to Mr. Setlich to follow up on the requests for an interior inspection, a recent mortgage statement and proof of current insurance.  True and correct copies of Trustee's counsel's January 30, 2024 and February 2, 2024 communications to Mr. Setlich are attached hereto as **Exhibit "4"** and incorporated herein by reference. To date, no response has been received by Trustee or Trustee's counsel.

At this juncture, the Trustee has been denied access to the Property and Trustee's efforts to commence marketing and sale of the Property have been frustrated.

The Trustee's proposed real estate broker has advised the Trustee that the Property is worth approximately $740,000, subject to interior inspection. Based on such price, proceeds from the sale of the Property for Julio and for the estate are distributed as follows:

| | |
|---|---|
| Proposed Selling Price | $740,000 |
| Less Lien | <$497,984[2]> |
| Less Cost of Sale (est. at 7 %) | <$51,800> |
| | |
| Total Proceeds to be Divided Between Defendants and Estate | $190,216 |
| | |
| Julio's 1/2 Proceeds | $95,108 |
| | |
| Estate's 1/2 Proceeds | $95,108 |

Based on the foregoing, the sale of the Property would yield the estate the amount of $95,108, after payment of the lien and costs of sale.

**II.**

**THE TRUSTEE IS ENTITLED TO A WRIT OF POSSESSION – REAL PROPERTY**

11 U.S.C. § 105(a) provides as follows:

> The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title. No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, sua sponte, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process.

11 U.S.C. § 105(a).

The Trustee has held off on enforcing the turnover provision in the Default Judgment in light of Julio advising the Trustee that he has counsel and Julio's counsel's communications with Trustee's counsel stating that it is Julio's intention to cooperate. However, neither Julio

---

[2] Per Debtor's Schedule D filed on December 29, 2022.

nor his counsel have provided the Trustee with access to simply conduct an interior inspection and provide a current mortgage statement and proof of insurance.  To further compound the problem, Julio's counsel has not responded to multiple inquires by Trustee's counsel.  At this point, it appears that Julio is merely stalling the sale efforts and has no intention of cooperating with the Trustee[3].  Accordingly, the Trustee must proceed with enforcing the turnover provision in the Default Judgment and respectfully requests that this Court issue a writ of possession - eviction, which will authorize and direct the United States Marshal for the Central District of California to remove Defendants and any third parties occupying the Property with or at the direction of Defendants from the Property.  Specifically, the Trustee respectfully requests that the United States Marshal for the Central District of California, located in Riverside, or Los Angeles (as applicable), California be directed to immediately evict the Defendants, and each of them, from the Property and to immediately evict any other individual occupying the Property.  The Trustee further requests that the Order approving this Motion constitute a Judgment and Writ of Possession – Real Property, and shall be enforceable, without further Order of this Court, by the United States Marshal, or the Sheriff or any marshal or constable of the County of Riverside (or Los Angeles, as applicable) and that the Trustee be authorized to utilize Estate funds to pay all reasonable and appropriate fees and expenses to the United States Marshal regarding the eviction of the Defendants, and each of them, and any other individual occupying the Property and to pay reasonable and necessary expenses to remove and store the personal property (i.e. the cost of moving, storage, locksmith, etc.), currently located at the Property owned or otherwise controlled by the Defendants, and each of them, and to reimburse the Trustee's counsel regarding incurrence of such fees and expenses.

A true and correct copy of the proposed Writ of Possession – Real Property is attached hereto as **Exhibit "5"** and is incorporated herein by reference.   Upon entry of an order granting this Motion, the Trustee will immediately lodge the Writ of Possession – Real Property.

---

[3] See Footnote 1, above.

7

## III.

## CONCLUSION

For the foregoing reasons, the Trustee respectfully requests that the Court enter an order:

    1.    Granting the Motion;

    2.    Directing the Clerk to issue a Writ of Possession – Real Property concerning the Property;

    3.    Directing the United States Marshal to immediately remove from the Property Defendants and any third parties occupying the Property with or at the direction of Defendants;

    4.    Authorizing the Trustee to pay costs associated with the Writ of Possession – Real Property; and

    5.    Granting such other and further relief as is just and appropriate.

DATED: February 28, 2024                LEVENE, NEALE, BENDER,
                                        YOO & GOLUBCHIK L.L.P.

By:*/s/ Anthony A. Friedman*
        ANTHONY A. FRIEDMAN
Attorneys for Plaintiff, Todd A. Frealy,
Chapter 7 Trustee for Julia Baez

8

## DECLARATION OF TODD A. FREALY

I, TODD A. FREALY, declare:

1.      I am the Chapter 7 trustee for the bankruptcy estate of Julia Baez (the "Debtor") and the Plaintiff herein.  I make this Declaration in support of the foregoing Motion for an order for Writ of Possession – Real Property to the real property located at 1382 Winston Court, Upland, California 91786 (the "Property") in favor of the Trustee and against Julio Hernandez Morales (the "Julio") and Judith Hernandez (the "Judith", and together with Julio, the "Defendants") and any third parties occupying the Property with or at the direction of Defendants.  I have personal knowledge of the matters set forth herein or have gained knowledge of them from the regular business records that I maintain as Chapter 7 trustee.  If called as a witness I could and would testify competently thereto.

2.      My investigation into this case revealed that on or about May 31, 2005, the Debtor and Julio, during their marriage, obtained title to the Property, as husband and wife as joint tenants, by way of Grant Deed recorded in Official Records County of San Bernardino, bearing recordation number 2005-0381980.

3.      I am informed that the Debtor and Julio separated in 2018, with the Debtor leaving the Property and Julio retaining possession of the Property. I am further informed that on or about June 5, 2018, Julio filed a proceeding in San Bernardino County Superior Court to dissolve his marriage to the Debtor, commencing case number FAMSS1804724 (the "Dissolution Action").

4.      On November 16, 2018, in the Dissolution Action, the Debtor filed a request for an order that the Property be sold. In connection with my administration of the Debtor's estate, on or about June 8, 2023, the Debtor provided me with her declaration regarding the Property. Within the June 8, 2023 Debtor declaration, the Debtor testified in her declaration that she sought a 50% interest in the Property. The Debtor said that she later walked away from the Property for the peace of her family, but that she never signed any deeds to transfer her interest in the Property to anyone else. The Debtor further indicated that she never received any money or consideration for the Property.

9

5.    On December 8, 2020, a divorce judgment was issued as between the Debtor and Julio (the "Judgment"). The Judgment did not include that certain *Property Order Attachment to Judgment* (form FL-345), notwithstanding the fact that the Judgment states that the *Property Order Attachment to Judgment* (form FL-345) is attached to the Judgment.

6.    After the Petition Date, on March 16, 2023, Julio filed a request for order (the "RFO") in the Dissolution Action requesting that the Court in the Dissolution Action enforce the Judgment and execute documents transferring the Debtor's interest in the Property to Judith. The RFO was based on a Minute Order dated August 9, 2019 in the Dissolution Action and that certain *Property Order Attachment to Judgment* (form FL-345) which was disclosed for the first time (the "Transfer"). However, I am informed and believe that the Superior Court has not adjudicated or divided the Property, or awarded it to one party or the other in the Dissolution Action. Accordingly, the Debtor's interest in the Property remains property of the Debtor's bankruptcy estate, to be administered for the benefit of the Debtor's estate and its creditors.

7.    As of the Petition Date, title to the Property remained in the name of the Debtor and Julio, as husband and wife as joint tenants. Defendants retain and continue to retain possession of the Property to the present date.

8.    On May 30, 2023, I caused to be filed that certain *Complaint: (1) for Declaratory Relief; (2) Sale of Interest of Co-Owners in Property of the Estate; and (3) Turnover of Property* (the "Complaint") [Adversary Docket No. 1] against the Julio (the "Adversary").

9.    Having learned of the RFO after the filing of the Complaint, on June 20, 2023, I caused to be filed that certain *First Amended Complaint: (1) Sale of Interest of Co-owners in Property of the Estate; (2) Turnover of Property; (3) for Avoidance and Recovery of Fraudulent Transfer; (4) to Preserve Recovered Transfer for Benefit of Debtors Estate; and (5) for Declaratory Relief* (the "First Amended Complaint") [Adversary Docket No. 5] in the Adversary against the Defendants.

10.    On December 27, 2023, this Court entered a Default Judgment in the Adversary (the "Default Judgment") [Adversary Docket No. 37] against Defendants, which provided as follows:

10

1) I may sell the Property in its entirety, including the interest of Julio pursuant to 11 U.S.C. § 363(h).

2) Defendants, and each of them, shall turn over the Property to me pursuant to 11 U.S.C. § 542.

3) The Transfer of any interest in the Property to Judith is avoided and recovered pursuant to 11 U.S.C. § 544 and 550 and California Civil Code §§ 3439 et seq.

4) My claim for declaratory relief against Julio is dismissed without prejudice.

A true and correct copy of the Default Judgment is attached hereto as **Exhibit "1"** and is incorporated herein by reference.

11.     On January 8, 2024, I went to the Property to view the Property and deliver a written correspondence to Julio requesting that Julio contact me to discuss me commencing marketing efforts and ultimately sale of the Property. A true and correct copy of my January 8, 2024 correspondence is attached hereto as **Exhibit "2"** and is incorporated herein by reference. While at the Property, I provided the January 8, 2024 correspondence to Julio. Additionally, while at the Property on January 8, 2024, Julio advised me that Julio had an attorney and that I should speak with Julio's attorney.

12.     At this juncture, I have been denied access to the Property and my efforts to commence marketing and sale of the Property have been frustrated.

13.     As detailed in the Motion, based on the Debtor's Schedule D filed on December 29, 2022, there would be approximately $95,108 in available equity for the estate from a sale of the Property.

14.     A true and correct copy of the proposed Writ of Possession – Real Property is attached hereto as **Exhibit "5"** and is incorporated herein by reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed at Los Angeles, California on February 27, 2024.

_____
TODD A. FREALY

11

## DECLARATION OF ANTHONY A. FRIEDMAN

I, ANTHONY A. FRIEDMAN, declare as follows:

1.    I am an attorney licensed to practice before all the courts of the State of California and before the United States District Court for the Central District of California.  I am an attorney with the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P., and am one of the attorneys responsible for the representation of Todd A. Frealy, the Chapter 7 trustee for the estate of Julia Baez and Plaintiff herein.

2.    I make this Declaration in support of the foregoing foregoing Motion for an order for Writ of Possession – Real Property to the real property located at 1382 Winston Court, Upland, California 91786 (the "Property") in favor of the Trustee and against Julio Hernandez Morales (the "Julio") and Judith Hernandez (the "Judith", and together with Julio, the "Defendants") and any third parties occupying the Property with or at the direction of Defendants (the "Motion").  Unless otherwise stated, the following facts are within my personal knowledge. If called to testify as a witness with respect to the statements set forth herein, I could and would competently testify thereto.   Unless stated otherwise, capitalized terms shall have the same meaning as defined in the Motion.

3.    I have been in contact with Judith regarding this matter.  Judith has verbally advised me that she does not reside at the Property and has no desire to interfere the Trustee's obtaining possession, marketing and sale of the Property pursuant to the Default Judgment (as that term is defined herein).  Notwithstanding Judith's statements to me, the Trustee seeks the relief set forth in this Motion against both Julio and Judith.

4.    On January 19, 2024, I was contacted by the Law Office of John Setlich in an attempt to discuss the litigation as to the Property as it pertained to Julio.  A true and correct copy of the January 19, 2024 correspondence is attached hereto as **Exhibit "3"** and is incorporated herein by reference.

5.    On January 24, 2024, I communicated by telephone with Mr. Setlich to discuss obtaining access for the Trustee's real estate broker to conduct an interior inspection of the

12

Property, for a recent mortgage statement and proof of current insurance. Mr. Setlich advised that he would discuss with Julio and thereafter contact Trustee's counsel.

6.      On January 30, 2024 and February 2, 2024, I reached out to Mr. Setlich to follow up on the requests for an interior inspection, a recent mortgage statement and proof of current insurance. True and correct copies of my January 30, 2024 and February 2, 2024 communications to Mr. Setlich are attached hereto as **Exhibit "4"** and incorporated herein by reference. To date, no response has been received by either myself or the Trustee.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct and that this Declaration was executed on February 28, 2024 at Los Angeles, California.

  _/s/ Anthony A. Friedman_
  ANTHONY A. FRIEDMAN

13

# EXHIBIT "1"

Attorney or Party Name, Address, Telephone & FAX
Nos., State Bar No. & Email Address

ANTHONY A. FRIEDMAN (State Bar No. 201955)
aaf@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:   (310) 229-1244

☐ *Debtor(s) appearing without attorney*
☒ *Attorney for*: Todd A. Frealy, Chapter 7 Trustee

FOR COURT USE ONLY

**FILED & ENTERED**

**DEC 27 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

In re:

JULIA BAEZ,

Debtor(s)

TODD A. FREALY, CHAPTER 7 TRUSTEE FOR THE
BANKRUPTCY ESTATE OF JULIA BAEZ,

Plaintiff(s)

vs.

JULIO HERNANDEZ MORALES and JUDITH
HERNANDEZ,

Defendants.

CASE NO.: 6:22-bk-14839 WJ

CHAPTER: 7

ADVERSARY NO.: 6:23-ap-01052 WJ

**DEFAULT JUDGMENT
(WITHOUT PRIOR JUDGMENT)**

Date:    December 21, 2023
Time:    1:30 p.m.
Crtrm:   304

Based on the Defendants' failure to respond to the Complaint, the court renders its judgment as follows:

1.  Judgment is hereby entered in favor of Plaintiff: Todd A. Frealy, Chapter 7 Trustee
    and against Defendants: Julio Hernandez Morales and Judith Hernandez

2.  a.  ☐ Plaintiff is awarded damages in the following amount:                    $_____

    b.  ☐ Plaintiff is awarded costs in the following amount:                      $_____

    c.  ☐ Plaintiff is awarded attorney fees in the following amount:             $

    d.  ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this
        judgment (*specify date from which interest shall begin to run*): _____

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

e.   ☒   Plaintiff is granted the following relief (*specify*):

    i.   The Plaintiff may sell the real property located at 1382 Winston Court, Upland, California 91786
         (the "Property") in its entirety, including the interest of defendant JULIO HERNANDEZ MORALES
         pursuant to 11 U.S.C. § 363(h).

    The Property is legally described as follows:

    Lot 17 of Tract 6607, in the City of Upland, County of San Bernardino, California as per
    map recorded in Book 83, Pages 51 and 52, Inclusive of Maps, in the Office of the
    County Recorder of Said County.

    A.P.N. 1045-381-36

    ii.   Defendant JULIO HERNANDEZ MORALES shall turn over the Property to the Plaintiff pursuant
          to 11 U.S.C. § 542.

    iii.  The transfer of any interest in the Property from the Debtor Julia Baez to Defendant JUDITH
          HERNANDEZ is avoided and recovered pursuant to 11 U.S.C. § 544 and 550 and California Civil
          Code §§ 3439 et seq.

    iv.   Defendant JUDITH HERNANDEZ shall turn over the Property to the Plaintiff pursuant to 11
          U.S.C. § 542.

    v.    Plaintiff's claim for declaratory relief as against Defendant JULIO HERNANDEZ MORALES is
          dismissed without prejudice.

###

Date: December 27, 2023

_Wayne Johnson_
Wayne Johnson
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 2                                **F 7055-1.2.DEFAULT.JMT**

# EXHIBIT "2"

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

LAW OFFICES

January 8, 2024

_Via U.S. Mail_

Ms. Judith Hernandez
1382 Winston Court
Upland, CA 91786

    Re:    In re Julia Baez; Case No. 6:22-bk-14839-WJ

Dear Ms. Hernandez:

As you know, on December 29, 2022, Julia Baez (the "Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code. Shortly thereafter, I was appointed as Chapter 7 Trustee for the Debtor's bankruptcy estate. Attached is a copy of the "Notice of Chapter 7 Bankruptcy Case," which indicates the Debtor's bankruptcy filing and my appointment as trustee.

Please find attached the judgment from the United States Bankruptcy Court, that I obtained against you and Julio Hernandez Morales on December 27, 2023 (the "Judgment"). The Judgment directs you and Julio to turn over the property located at 1382 Winston Court, Upland, California 91786 (the "Property") to me so that I may proceed with marketing the Property for sale. Please contact me as soon as possible so I can obtain access to the Property for my broker to begin the marketing process. I also would like to discuss with you how the proceeds from the sale will be divided between Ms. Baez's bankruptcy estate, and Julio Hernandez Morales.

Very truly yours,

By:_____
    TODD FREALY
    Chapter 7 Trustee

# EXHIBIT "3"

**From:** Jordan Garcia <jordan@setlichlegal.com>
**Sent:** Friday, January 19, 2024 10:04 AM
**To:** Anthony A. Friedman
**Cc:** John Setlich
**Subject:** Re: Julia Baez BK Case No.: 6:22-bk-14839-WJ

Hello Mr. Friedman,

Our office has been retained by Julio Hernandez Morales regarding the adversarial proceeding, Case No.: 6:23-ap-01052-WJ.

Attorney John Setlich would like to schedule a time to speak with you this coming week. Do you have any availability on Monday? Otherwise, could you please provide your availability so that I may schedule a call to discuss this matter.

Thank you in advance.

Best,
Jordan Garcia, J.D.
*Law Clerk*
**The Law Offices of John Setlich**
15342 El Prado Road Suite 200B
Chino, California 91710
Tele No.: (909) 481 - 6400
Fax No.:  (909) 481 - 6433
jordan@setlichlegal.com

**DISCLAIMER & CONFIDENTIALITY NOTICE**: This e-mail message is for the personal and confidential use of the recipient(s) named above. This e-mail transmission and any documents, files or previous email messages attached to it may contain confidential information that is legally privileged, covered by the *Electronic Communications Privacy Act 18 U.S.C. § 2510-2522*. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient. **YOU ARE HEREBY NOTIFIED** that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by e-mail and/or by phone at 909.481.6400, and delete the original message and any attachments. **NO COMMUNICATION** resulting herein shall create an attorney-client relationship unless a separate retainer agreement, covering these issues, is signed by the Attorney and Client. No warranty either expressed or implied is made as to the accuracy of any information provided herein. Please be advised that this office **DOES NOT ACCEPT EX PARTE NOTICE** via this, or any, electronic communication.

PLEASE NOTE: DUE TO COVID-19, WE WILL NOT BE TAKING ANY IN PERSON APPOINTMENTS. ALL MEETINGS WILL BE CONDUCTED ELECTRONICALLY AND BY APPOINTMENT ONLY. WE APOLOGIZE FOR ANY INCONVENIENCE.

# EXHIBIT "4"

**From:** Anthony A. Friedman
**Sent:** Tuesday, January 30, 2024 2:32 PM
**To:** John Setlich
**Cc:** Jordan Garcia
**Subject:** RE: Julia Baez BK Case No.: 6:22-bk-14839-WJ

Mr. Setlich – I am following up on this matter.

Can you please provide the requested information (most recent mortgage statement and proof of current insurance).

The Trustee also needs to get his broker in the property as well.

We would like to work something out amicably, but absent cooperation, we will have to seek intervention by the US Marshal.

I look forward to hearing back from you.  Thanks.



# L N B Y & G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

**ANTHONY A. FRIEDMAN,** Esq.
2818 La Cienega Avenue  |  Los Angeles, CA  90034
Phone  310 229 1234  |  Fax  310 229 1244
aaf@lnbyg.com  |  **www.lnbyg.com**

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Golubchik L.L.P 's
email policies which can be found at http://www.lnbyg.com/disclaimers.htm.

 Please consider the environment before printing this email

**From:** Jordan Garcia <jordan@setlichlegal.com>
**Sent:** Wednesday, January 24, 2024 11:00 AM
**To:** Anthony A. Friedman <AAF@lnbyg.com>
**Cc:** John Setlich <jrsetlich@setlichlegal.com>
**Subject:** Re: Julia Baez BK Case No.: 6:22-bk-14839-WJ

Mr. Setlich will give you a call around 2 PM today.

Best,
Jordan Garcia, J.D.
*Law Clerk*
**The Law Offices of John Setlich**
15342 El Prado Road Suite 200B
Chino, California 91710
Tele No.: (909) 481 - 6400

1

Fax No.: (909) 481 - 6433
jordan@setlichlegal.com

**DISCLAIMER & CONFIDENTIALITY NOTICE:** This e-mail message is for the personal and confidential use of the recipient(s) named above. This e-mail transmission and any documents, files or previous email messages attached to it may contain confidential information that is legally privileged, covered by the *Electronic Communications Privacy Act 18 U.S.C. § 2510-2522.* If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient. **YOU ARE HEREBY NOTIFIED** that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by e-mail and/or by phone at 909.481.6400, and delete the original message and any attachments. **NO COMMUNICATION** resulting herein shall create an attorney-client relationship unless a separate retainer agreement, covering these issues, is signed by the Attorney and Client. No warranty either expressed or implied is made as to the accuracy of any information provided herein. Please be advised that this office **DOES NOT ACCEPT EX PARTE NOTICE** via this, or any, electronic communication.

PLEASE NOTE: DUE TO COVID-19, WE WILL NOT BE TAKING ANY IN PERSON APPOINTMENTS. ALL MEETINGS WILL BE CONDUCTED ELECTRONICALLY AND BY APPOINTMENT ONLY. WE APOLOGIZE FOR ANY INCONVENIENCE.

**From:** Anthony A. Friedman <AAF@lnbyg.com>
**Sent:** Tuesday, January 23, 2024 1:40 PM
**To:** Jordan Garcia <jordan@setlichlegal.com>
**Cc:** John Setlich <jrsetlich@setlichlegal.com>
**Subject:** RE: Julia Baez BK Case No.: 6:22-bk-14839-WJ

Yes, 11 am to 5 pm window works for me.



**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

**ANTHONY A. FRIEDMAN,** Esq.
2818 La Cienega Avenue | Los Angeles, CA 90034
Phone 310 229 1234 | Fax 310 229 1244
aaf@lnbyg.com | **www.lnbyg.com**

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Golubchik L.L.P.'s email policies which can be found at http://www.lnbyg.com/disclaimers.htm.

 Please consider the environment before printing this email

**From:** Jordan Garcia <jordan@setlichlegal.com>
**Sent:** Tuesday, January 23, 2024 1:40 PM
**To:** Anthony A. Friedman <AAF@lnbyg.com>
**Cc:** John Setlich <jrsetlich@setlichlegal.com>
**Subject:** Re: Julia Baez BK Case No.: 6:22-bk-14839-WJ

Hello Mr. Friedman,

For whatever reason, your email went to my spam folder. I have added you to my contact list, so that it does not happen again.

Are you available tomorrow?

Best,

Jordan Garcia, J.D.
*Law Clerk*
**The Law Offices of John Setlich**
15342 El Prado Road Suite 200B
Chino, California 91710
Tele No.: (909) 481 - 6400
Fax No.: (909) 481 - 6433
jordan@setlichlegal.com

**DISCLAIMER & CONFIDENTIALITY NOTICE**: This e-mail message is for the personal and confidential use of the recipient(s) named above. This e-mail transmission and any documents, files or previous email messages attached to it may contain confidential information that is legally privileged, covered by the *Electronic Communications Privacy Act 18 U.S.C. § 2510-2522.* If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient. **YOU ARE HEREBY NOTIFIED** that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by e-mail and/or by phone at 909.481.6400, and delete the original message and any attachments. **NO COMMUNICATION** resulting herein shall create an attorney-client relationship unless a separate retainer agreement, covering these issues, is signed by the Attorney and Client. No warranty either expressed or implied is made as to the accuracy of any information provided herein. Please be advised that this office **DOES NOT ACCEPT EX PARTE NOTICE** via this, or any, electronic communication.

PLEASE NOTE: DUE TO COVID-19, WE WILL NOT BE TAKING ANY IN PERSON APPOINTMENTS. ALL MEETINGS WILL BE CONDUCTED ELECTRONICALLY AND BY APPOINTMENT ONLY. WE APOLOGIZE FOR ANY INCONVENIENCE.

**From:** Anthony A. Friedman <AAF@lnbyg.com>
**Sent:** Friday, January 19, 2024 12:25 PM
**To:** Jordan Garcia <jordan@setlichlegal.com>
**Cc:** John Setlich <jrsetlich@setlichlegal.com>
**Subject:** RE: Julia Baez BK Case No.: 6:22-bk-14839-WJ

Monday would be great.  Anytime between 11 am and 5 pm on Monday is good.



**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

**ANTHONY A. FRIEDMAN,** Esq.
2818 La Cienega Avenue  |  Los Angeles, CA  90034
Phone  310 229 1234  |  Fax  310 229 1244
aaf@lnbyg.com  |  www.lnbyg.com

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Golubchik L.L.P.'s email policies which can be found at http://www.lnbyg.com/disclaimers.htm.

Please consider the environment before printing this email

**From:** Jordan Garcia <jordan@setlichlegal.com>
**Sent:** Friday, January 19, 2024 10:04 AM
**To:** Anthony A. Friedman <AAF@lnbyg.com>
**Cc:** John Setlich <jrsetlich@setlichlegal.com>
**Subject:** Re: Julia Baez BK Case No.: 6:22-bk-14839-WJ

Hello Mr. Friedman,

3

Our office has been retained by Julio Hernandez Morales regarding the adversarial proceeding, Case No.: 6:23-ap-01052-WJ.

Attorney John Setlich would like to schedule a time to speak with you this coming week. Do you have any availability on Monday? Otherwise, could you please provide your availability so that I may schedule a call to discuss this matter.

Thank you in advance.

Best,
Jordan Garcia, J.D.
*Law Clerk*
**The Law Offices of John Setlich**
15342 El Prado Road Suite 200B
Chino, California 91710
Tele No.: (909) 481 - 6400
Fax No.:  (909) 481 - 6433
jordan@setlichlegal.com

**DISCLAIMER & CONFIDENTIALITY NOTICE:** This e-mail message is for the personal and confidential use of the recipient(s) named above. This e-mail transmission and any documents, files or previous email messages attached to it may contain confidential information that is legally privileged, covered by the *Electronic Communications Privacy Act 18 U.S.C. § 2510-2522.* If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient. **YOU ARE HEREBY NOTIFIED** that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by e-mail and/or by phone at 909.481.6400, and delete the original message and any attachments. **NO COMMUNICATION** resulting herein shall create an attorney-client relationship unless a separate retainer agreement, covering these issues, is signed by the Attorney and Client. No warranty either expressed or implied is made as to the accuracy of any information provided herein. Please be advised that this office **DOES NOT ACCEPT EX PARTE NOTICE** via this, or any, electronic communication.

PLEASE NOTE: DUE TO COVID-19, WE WILL NOT BE TAKING ANY IN PERSON APPOINTMENTS. ALL MEETINGS WILL BE CONDUCTED ELECTRONICALLY AND BY APPOINTMENT ONLY. WE APOLOGIZE FOR ANY INCONVENIENCE.

4

| | |
|---|---|
| **From:** | Anthony A. Friedman |
| **Sent:** | Friday, February 2, 2024 1:34 PM |
| **To:** | John Setlich |
| **Cc:** | Jordan Garcia |
| **Subject:** | RE: Julia Baez BK Case No.: 6:22-bk-14839-WJ |

Following up again on this. Can you please advise?



**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

**ANTHONY A. FRIEDMAN,** Esq.
2818 La Cienega Avenue | Los Angeles, CA 90034
Phone 310 229 1234 | Fax 310 229 1244
aaf@lnbyg.com | **www.lnbyg.com**

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Golubchik L.L.P.'s
email policies which can be found at http://www.lnbyg.com/disclaimers.htm.

Please consider the environment before printing this email

**From:** Anthony A. Friedman <AAF@lnbyg.com>
**Sent:** Tuesday, January 30, 2024 2:32 PM
**To:** John Setlich <jrsetlich@setlichlegal.com>
**Cc:** Jordan Garcia <jordan@setlichlegal.com>
**Subject:** RE: Julia Baez BK Case No.: 6:22-bk-14839-WJ

Mr. Setlich – I am following up on this matter.

Can you please provide the requested information (most recent mortgage statement and proof of current insurance).

The Trustee also needs to get his broker in the property as well.

We would like to work something out amicably, but absent cooperation, we will have to seek intervention by the US Marshal.

I look forward to hearing back from you. Thanks.



**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

**ANTHONY A. FRIEDMAN,** Esq.
2818 La Cienega Avenue | Los Angeles, CA 90034

Phone  310 229 1234  |  Fax  310 229 1244
aaf@lnbyg.com  |  **www.lnbyg.com**

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Golubchik L.L.P.'s
email policies which can be found at http://www.lnbyg.com/disclaimers.htm.

 Please consider the environment before printing this email

**From:** Jordan Garcia <jordan@setlichlegal.com>
**Sent:** Wednesday, January 24, 2024 11:00 AM
**To:** Anthony A. Friedman <AAF@lnbyg.com>
**Cc:** John Setlich <jrsetlich@setlichlegal.com>
**Subject:** Re: Julia Baez BK Case No.: 6:22-bk-14839-WJ

Mr. Setlich will give you a call around 2 PM today.

Best,
Jordan Garcia, J.D.
*Law Clerk*
**The Law Offices of John Setlich**
15342 El Prado Road Suite 200B
Chino, California 91710
Tele No.: (909) 481 - 6400
Fax No.:  (909) 481 - 6433
jordan@setlichlegal.com

**DISCLAIMER & CONFIDENTIALITY NOTICE**: This e-mail message is for the personal and confidential use of the recipient(s) named above. This e-mail transmission and any documents, files or previous email messages attached to it may contain confidential information that is legally privileged, covered by the *Electronic Communications Privacy Act 18 U.S.C. § 2510-2522*. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient. **YOU ARE HEREBY NOTIFIED** that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by e-mail and/or by phone at 909.481.6400, and delete the original message and any attachments. **NO COMMUNICATION** resulting herein shall create an attorney-client relationship unless a separate retainer agreement, covering these issues, is signed by the Attorney and Client. No warranty either expressed or implied is made as to the accuracy of any information provided herein. Please be advised that this office **DOES NOT ACCEPT EX PARTE NOTICE** via this, or any, electronic communication.

PLEASE NOTE: DUE TO COVID-19, WE WILL NOT BE TAKING ANY IN PERSON APPOINTMENTS. ALL MEETINGS WILL BE CONDUCTED ELECTRONICALLY AND BY APPOINTMENT ONLY. WE APOLOGIZE FOR ANY INCONVENIENCE.

**From:** Anthony A. Friedman <AAF@lnbyg.com>
**Sent:** Tuesday, January 23, 2024 1:40 PM
**To:** Jordan Garcia <jordan@setlichlegal.com>
**Cc:** John Setlich <jrsetlich@setlichlegal.com>
**Subject:** RE: Julia Baez BK Case No.: 6:22-bk-14839-WJ

Yes, 11 am to 5 pm window works for me.



**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

**ANTHONY A. FRIEDMAN**, Esq.
2818 La Cienega Avenue  |  Los Angeles, CA   90034

2

Phone  310 229 1234  |  Fax  310 229 1244
aaf@lnbyg.com  |  **www.lnbyg.com**

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Golubchik L.L.P.'s
email policies which can be found at http://www.lnbyg.com/disclaimers.htm.

 Please consider the environment before printing this email

**From:** Jordan Garcia <jordan@setlichlegal.com>
**Sent:** Tuesday, January 23, 2024 1:40 PM
**To:** Anthony A. Friedman <AAF@lnbyg.com>
**Cc:** John Setlich <jrsetlich@setlichlegal.com>
**Subject:** Re: Julia Baez BK Case No.: 6:22-bk-14839-WJ

Hello Mr. Friedman,

For whatever reason, your email went to my spam folder. I have added you to my contact list, so that it does not happen again.

Are you available tomorrow?

Best,
Jordan Garcia, J.D.
*Law Clerk*
**The Law Offices of John Setlich**
15342 El Prado Road Suite 200B
Chino, California 91710
Tele No.: (909) 481 - 6400
Fax No.:  (909) 481 - 6433
jordan@setlichlegal.com

**DISCLAIMER & CONFIDENTIALITY NOTICE:** This e-mail message is for the personal and confidential use of the recipient(s) named above. This e-mail transmission and any documents, files or previous email messages attached to it may contain confidential information that is legally privileged, covered by the *Electronic Communications Privacy Act 18 U.S.C. § 2510-2522*. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient. **YOU ARE HEREBY NOTIFIED** that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by e-mail and/or by phone at 909.481.6400, and delete the original message and any attachments. **NO COMMUNICATION** resulting herein shall create an attorney-client relationship unless a separate retainer agreement, covering these issues, is signed by the Attorney and Client. No warranty either expressed or implied is made as to the accuracy of any information provided herein. Please be advised that this office **DOES NOT ACCEPT EX PARTE NOTICE** via this, or any, electronic communication.

PLEASE NOTE: DUE TO COVID-19, WE WILL NOT BE TAKING ANY IN PERSON APPOINTMENTS. ALL MEETINGS WILL BE CONDUCTED ELECTRONICALLY AND BY APPOINTMENT ONLY. WE APOLOGIZE FOR ANY INCONVENIENCE.

**From:** Anthony A. Friedman <AAF@lnbyg.com>
**Sent:** Friday, January 19, 2024 12:25 PM
**To:** Jordan Garcia <jordan@setlichlegal.com>
**Cc:** John Setlich <jrsetlich@setlichlegal.com>
**Subject:** RE: Julia Baez BK Case No.: 6:22-bk-14839-WJ

Monday would be great.  Anytime between 11 am and 5 pm on Monday is good.

# L N B Y & G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

**ANTHONY A. FRIEDMAN,** Esq.
2818 La Cienega Avenue  |  Los Angeles, CA   90034
Phone  310 229 1234   |   Fax  310 229 1244
aaf@lnbyg.com   |   **www.lnbyg.com**

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Golubchik L.L.P.'s
email policies which can be found at http://www.lnbyg.com/disclaimers.htm.

 Please consider the environment before printing this email

**From:** Jordan Garcia <jordan@setlichlegal.com>
**Sent:** Friday, January 19, 2024 10:04 AM
**To:** Anthony A. Friedman <AAF@lnbyg.com>
**Cc:** John Setlich <jrsetlich@setlichlegal.com>
**Subject:** Re: Julia Baez BK Case No.: 6:22-bk-14839-WJ

Hello Mr. Friedman,

Our office has been retained by Julio Hernandez Morales regarding the adversarial proceeding, Case No.: 6:23-ap-01052-WJ.

Attorney John Setlich would like to schedule a time to speak with you this coming week. Do you have any availability on Monday? Otherwise, could you please provide your availability so that I may schedule a call to discuss this matter.

Thank you in advance.

Best,
Jordan Garcia, J.D.
*Law Clerk*
**The Law Offices of John Setlich**
15342 El Prado Road Suite 200B
Chino, California 91710
Tele No.: (909) 481 - 6400
Fax No.:  (909) 481 - 6433
jordan@setlichlegal.com

**DISCLAIMER & CONFIDENTIALITY NOTICE:** This e-mail message is for the personal and confidential use of the recipient(s) named above. This e-mail transmission and any documents, files or previous email messages attached to it may contain confidential information that is legally privileged, covered by the *Electronic Communications Privacy Act 18 U.S.C. § 2510-2522.* If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient. **YOU ARE HEREBY NOTIFIED** that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by e-mail and/or by phone at 909.481.6400, and delete the original message and any attachments. **NO COMMUNICATION** resulting herein shall create an attorney-client relationship unless a separate retainer agreement, covering these issues, is signed by the Attorney and Client. No warranty either expressed or implied is made as to the accuracy of any information provided herein. Please be advised that this office **DOES NOT ACCEPT EX PARTE NOTICE** via this, or any, electronic communication.

PLEASE NOTE: DUE TO COVID-19, WE WILL NOT BE TAKING ANY IN PERSON APPOINTMENTS. ALL MEETINGS WILL BE CONDUCTED ELECTRONICALLY AND BY APPOINTMENT ONLY. WE APOLOGIZE FOR ANY INCONVENIENCE.

# EXHIBIT "5"

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 201955 | FOR COURT USE ONLY |
|---|---|---|

NAME: Anthony A. Friedman

FIRM NAME: Levene, Neale, Bender, Yoo & Golubchik L.L.P.

STREET ADDRESS: 2818 La Cienega Avenue

CITY: Los Angeles        STATE: CA    ZIP CODE: 90034

TELEPHONE NO.: 310-229-1234        FAX NO.: 310-229-1244

E-MAIL ADDRESS: AAF@LNBYG.COM

ATTORNEY FOR (name): Todd A. Frealy, Chapter 7 Trustee

[ ✗ ] ORIGINAL JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 3420 Twelfth Street

MAILING ADDRESS:

CITY AND ZIP CODE: Riverside, California 92501

BRANCH NAME: RIVERSIDE DIVISION

| | CASE NUMBER: |
|---|---|
| Plaintiff: Todd A. Frealy, Chapter 7 Trustee | 6:23-ap-01052 WJ |
| Defendant: Julio Hernandez Morales and Judith Hernandez | |

|  | | | |
|---|---|---|---|
| | [ ] **EXECUTION (Money Judgment)** | | [ ] **Limited Civil Case** (including Small Claims) |
| **WRIT OF** [ ✗ ] **POSSESSION OF** | [ ] **Personal Property** | | |
| [ ] **SALE** | [ ✗ ] **Real Property** | | [ ] **Unlimited Civil Case** (including Family and Probate) |

1. **To the Sheriff or Marshal of the County of:** Riverside

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.

3. (Name): Todd A. Frealy, Chapter 7 Trustee for the bankruptcy estate of Julia Baez

   is the [ ✗ ] original judgment creditor    [ ] assignee of record    whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   ___

   Julio Hernandez Morales
   1382 Winston Court
   Upland, California 91786

   ___

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on (date):
   12/27/2023 [Dkt. 37]

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ
   a. [ ✗ ] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ✗ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.

10. [ ] This writ is issued on a sister-state judgment.

**For Items 11–17, see form MC-012 and form MC-013-INFO**

11. Total judgment (as entered or renewed)        $0

12. Costs after judgment (CCP 685.090)        $0

13. Subtotal (add 11 and 12)        $0

14. Credits to principal (after credit to interest)        $0

15. Principal remaining due (subtract 14 from 13)    $0

16. Accrued interest remaining due per CCP        $0
    685.050(b) (not on GC 6103.5 fees)

17. Fee for issuance of writ        $0

18. **Total** (add 15, 16, and 17)        $0

19. **Levying officer:**
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . .    $0
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) . . . . . . . . . . . . . . .    $0

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

| Issued on (date): | Clerk, by _____ , Deputy |
|---|---|

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

| Form Approved for Optional Use Judicial Council of California EJ-130 [Rev. January 1, 2018] | **WRIT OF EXECUTION** | Code of Civil Procedure, §§ 699.520, 712.010, 715.010 Government Code, § 6103.5 www.courts.ca.gov |
|---|---|---|

EJ-130

| | |
|---|---|
| Plaintiff: Todd A. Frealy, Chapter 7 Trustee<br>Defendant: Julio Hernandez Morales and Judith Hernandez | CASE NUMBER:<br>6:23-ap-01052 WJ |

21. [✱]  Additional judgment debtor *(name, type of legal entity*
*if not a natural person, and last known address):*

Judith Hernandez
1750 W. Arrow Rte
Upland, Califonia 91786

22. [ ]  Notice of sale has been requested by *(name and address):*

23. [✱]  Joint debtor was declared bound by the judgment (CCP 989–994)

a. *on (date):*
b. name, type of legal entity if not a natural person, and
last known address of joint debtor:

All occupants at
1382 Winston Court
Upland, California 91786

a. *on (date):*
b. name, type of legal entity if not a natural person, and
last known address of joint debtor:

c. [ ]   Additional costs against certain joint debtors are itemized:  [ ] Below  [ ] On Attachment 23c

24. [✱]  (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

a. [✱]  Possession of real property: The complaint was filed on *(date):* 6/20/2023
*(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

(1) [ ]  The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The judgment includes
all tenants, subtenants, named claimants, and other occupants of the premises.

(2) [ ]  The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.

(3) [ ]  The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the
judgment may file a Claim of Right to Possession at any time up to and including the time the levying officer returns
to effect eviction, regardless of whether a Prejudgment Claim of Right to Possession was served.) *(See CCP 415.46*
*and 1174.3(a)(2).)*

(4) If the unlawful detainer resulted from a foreclosure (item 24a(3)), or if the Prejudgment Claim of Right to Possession was
not served in compliance with CCP 415.46 (item 24a(2)), answer the following:

(a)  The daily rental value on the date the complaint was filed was  $

(b)  The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

b. [ ]  Possession of personal property.
[ ] If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
c. [ ]  Sale of personal property.
d. [ ]  Sale of real property.
e.  The property is described: [ ] Below  [ ] On Attachment 24e

**EJ-130**

| | |
|---|---|
| Plaintiff: Todd A. Frealy, Chapter 7 Trustee<br>Defendant: Julio Hernandez Morales and Judith Hernandez | CASE NUMBER:<br>6:23-ap-01052 WJ |

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | | Clear this form |
|---|---|---|---|

## ATTACHMENT TO WRIT OF POSSESSION – REAL PROPERTY

The United States Marshal for the Central District of California is directed and authorized to enforce the Default Judgment attached hereto as **Exhibit "A"** and the entitled *Order Granting Plaintiff Chapter 7 Trustee's Motion For Order For Writ Of Possession – Real Property, Directing The United States Marshal To Evict Defendants Julio Hernandez Morales And Judith Hernandez From 1382 Winston Court, Upland, California 91786* (the "Order") attached hereto as **Exhibit "B"** pursuant to the following terms and conditions:

1. In the event that the United States Marshal is required to remove Julio Hernandez Morales ("Julio") and Judith Hernandez (the "Judith", and together with Julio, the "Defendants") or other occupants of 1382 Winston Court, Upland, California 91786 (the "Property"), Todd A. Frealy, the chapter 7 trustee and plaintiff (the "Trustee") for the bankruptcy estate of Julia Baez (the "Debtor") and/or his agents are to accompany the United States Marshal to take possession of the Property.

2. The Trustee, not individually and solely in his capacity as Chapter 7 Trustee of Debtor's estate and/or his authorized agents and assigns, will act as substitute custodian of any and all items of personal property seized pursuant to this Order and make such property available to Defendants and/or the other occupants of the property upon request and reasonable notice. Any abandoned property that is not properly claimed shall be disposed of in accordance with California state law.

3. The Trustee shall hold harmless the United States Marshal from liability arising from any acts, incidents, or occurrences in connection with the seizure and possession of the real and personal property located at the Property arising in the ordinary, authorized scope of the duties of the United States Marshal (which acts do not include acts arising from negligent or intentional tortious conduct), including any third-party claims, and the United States Marshal shall be discharged of his or her duties and responsibilities for safekeeping of the seized goods.

/ / /

4.      The United States Marshal, in accomplishing such eviction and/or seizure of property, shall employ whatever reasonable force is necessary to enter the Property, regardless of whether the premises are locked or unlocked, occupied or unoccupied, and to inspect the contents of any room, closet, cabinet, vehicle, container, desk, or document.

5.      Anyone interfering with the enforcement of the Default Judgment, the Order, and/or this Writ Of Possession - Real Property is subject to arrest by the United States Marshal.

6.      The Trustee is authorized to use estate funds to pay all reasonable and necessary fees and expenses incurred in enforcing the Default Judgment and the Order to the United States Marshal to remove the items of personal property left on the Property, and/or to pay and to reimburse the Trustee's counsel or professionals for all reasonable and necessary expenses advanced for this purpose including, without limitation, those incurred in changing the locks.

7.      The Trustee is not required to pay, at this time, the fees charged by the United States Marshal to deliver possession and may do so as an expense of administration of the bankruptcy estate upon close of the bankruptcy estate.

# EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ANTHONY A. FRIEDMAN (State Bar No. 201955)<br>aaf@lnbyg.com<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244 | **FILED & ENTERED**<br><br>**DEC 27 2023**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY gooch     DEPUTY CLERK |

☐ *Debtor(s) appearing without attorney*
☒ *Attorney for*: Todd A. Frealy, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>JULIA BAEZ,<br><br>Debtor(s)<br><br>TODD A. FREALY, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF JULIA BAEZ,<br><br>Plaintiff(s)<br>vs.<br><br>JULIO HERNANDEZ MORALES and JUDITH HERNANDEZ,<br><br>Defendants. | CASE NO.: 6:22-bk-14839 WJ<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 6:23-ap-01052 WJ |
|---|---|
| | **DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)** |
| | Date:    December 21, 2023<br>Time:    1:30 p.m.<br>Crtrm:   304 |

Based on the Defendants' failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment is hereby entered in favor of Plaintiff: Todd A. Frealy, Chapter 7 Trustee
   and against Defendants: Julio Hernandez Morales and Judith Hernandez

2. a. ☐ Plaintiff is awarded damages in the following amount:                    $_____

   b. ☐ Plaintiff is awarded costs in the following amount:                       $_____

   c. ☐ Plaintiff is awarded attorney fees in the following amount:             $

   d. ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this
      judgment (*specify date from which interest shall begin to run*): _____

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

e.     ☒     Plaintiff is granted the following relief (*specify*):

i.     The Plaintiff may sell the real property located at 1382 Winston Court, Upland, California 91786 (the "Property") in its entirety, including the interest of defendant JULIO HERNANDEZ MORALES pursuant to 11 U.S.C. § 363(h).

The Property is legally described as follows:

Lot 17 of Tract 6607, in the City of Upland, County of San Bernardino, California as per map recorded in Book 83, Pages 51 and 52, Inclusive of Maps, in the Office of the County Recorder of Said County.

A.P.N. 1045-381-36

ii.     Defendant JULIO HERNANDEZ MORALES shall turn over the Property to the Plaintiff pursuant to 11 U.S.C. § 542.

iii.     The transfer of any interest in the Property from the Debtor Julia Baez to Defendant JUDITH HERNANDEZ is avoided and recovered pursuant to 11 U.S.C. § 544 and 550 and California Civil Code §§ 3439 et seq.

iv.     Defendant JUDITH HERNANDEZ shall turn over the Property to the Plaintiff pursuant to 11 U.S.C. § 542.

v.     Plaintiff's claim for declaratory relief as against Defendant JULIO HERNANDEZ MORALES is dismissed without prejudice.

###

Date: December 27, 2023

Wayne Johnson
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013          Page 2          **F 7055-1.2.DEFAULT.JMT**

# EXHIBIT B

ANTHONY A. FRIEDMAN (State Bar No. 201955)
aaf@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Plaintiff, Todd A. Frealy Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| **In re** <br><br> **JULIA BAEZ,** <br><br>             **Debtor.** <hr> **TODD A. FREALY, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF JULIA BAEZ,** <br><br>        **Plaintiff,** <br><br> **v.** <br><br> **JULIO HERNANDEZ MORALES and JUDITH HERNANDEZ,** <br><br>        **Defendants.** | **Case No. 6:22-bk-14839 WJ** <br><br> **Chapter 7** <br><br><br> **Adv. No. 6:23-ap-01052 WJ** <br><br> **ORDER GRANTING PLAINTIFF TODD A. FREALY, CHAPTER 7 TRUSTEE'S MOTION FOR ORDER FOR WRIT OF POSSESSION – REAL PROPERTY, DIRECTING THE UNITED STATES MARSHAL TO EVICT DEFENDANTS JULIO HERNANDEZ MORALES AND JUDITH HERNANDEZ FROM 1382 WINSTON COURT, UPLAND, CALIFORNIA 91786** <br><br> **[No Hearing Required]** <br> **[Local Bankruptcy Rule 9013-1(o)(1)]** |

The Court, having read and considered the "Plaintiff Todd A. Frealy, Chapter 7 Trustee's Notice Of Motion And Motion For Order For Writ Of Possession – Real Property, Directing The United States Marshal To Evict Defendants Julio Hernandez Morales And Judith Hernandez From 1382 Winston Court, Upland, California 91786" [Doc ****] (the "Motion") filed by Todd A. Frealy, the chapter 7 trustee ("Trustee") for the bankruptcy estate of Julia Baez (the "Debtor"), pursuant to Local Bankruptcy Rule 9013-1(o)(1), the memorandum of points and authorities, declarations, and exhibits filed therewith, and the declaration of the Trustee's counsel certifying that no response and request for hearing concerning the Motion was timely filed [Doc*****], and good cause appearing,

**IT IS HEREBY ORDERED:**

1.      The Motion is granted.

2.      The form of Writ of Possession – Real Property ("Writ of Possession") attached to the Motion is approved.

3.      The Clerk of the United State Bankruptcy Court for the Central District of California is hereby directed to enter the Writ of Possession with respect to the real property commonly referred to as 1382 Winston Court, Upland, California 91786 (the "Property") and legally described on Exhibit A hereto.  The Writ of Possession shall be issued in substantially the same form as the document attached to this order as Exhibit B.

4.      Upon issuance of the Writ of Possession discussed in the preceding paragraph, the United States Marshal for the Central District of California is directed to assist the Trustee and/or his agent in removing any and all personal property located at the Property in order to effectuate the disposition of the Property.

5.      Todd A. Frealy, not individually but solely in his capacity as chapter 7 trustee of the above-captioned and/or his authorized agents and assigns, will act as substitute custodian of any and all items of personal property seized pursuant to the Writ of Possession and the same shall hold harmless the United States Marshal for the Central District of California from liability arising from any acts, incidents, or occurrences in connection with the seizure and possession of the personal property, if any, located at the Property arising in the ordinary, authorized scope of

1

the duties of the United States Marshal for the Central District of California (which acts do not include acts arising from negligent or intentional tortuous conduct), including any third-party claims, and the United States Marshal for the Central District of California shall be discharged of its duties and responsibilities for safekeeping of the seized personal property(ies).

6.      The United States Marshal for the Central District of California may employ whatever reasonable force that is necessary to break open and enter the Property and all units within, regardless of whether said premises and/or location is locked or unlocked or occupied or unoccupied, and to inspect the contents of any room, closet, cabinet, vehicle, container or desk or document.

7.      The Trustee is authorized to utilize estate funds to pay all reasonable and appropriate fees and expenses incurred in the turnover and eviction directed herein, including those incurred by the United States Marshal for the Central District of California in relation to the Writ of Possession.

**IT IS SO ORDERED.**

### #

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing documents entitled **PLAINTIFF TODD A. FREALY, CHAPTER 7 TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER FOR WRIT OF POSSESSION – REAL PROPERTY, DIRECTING THE UNITED STATES MARSHAL TO EVICT DEFENDANTS JULIO HERNANDEZ MORALES AND JUDITH HERNANDEZ FROM 1382 WINSTON COURT, UPLAND, CALIFORNIA 91786; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 28, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Todd A. Frealy (TR)    taftrustee@lnbyb.com, taf@trustesolutions.net**
- **Anthony A. Friedman    aaf@lnbyg.com**
- **United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**: On **February 28, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendant
Julio Hernandez Morales
1382 Winston Court
Upland, CA  91786

Defendant
Judith Hernandez
1750 W. Arrow Rte
Upland, CA 91786

Hon. Wayne Johnson
United States Bankruptcy Court
3420 Twelfth Street, Suite 384
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 28, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **February 28, 2024** | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-3.1.PROOF.SERVICE**