| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ANTHONY A. FRIEDMAN (State Bar No. 201955)<br>aaf@lnbyg.com<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff, Todd A. Frealy, Ch. 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>JULIA BAEZ,<br><br>  Debtor.<br><br>TODD A. FREALY, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF JULIA BAEZ,<br>        Plaintiff,<br>v.<br>JULIO HERNANDEZ MORALES and JUDITH HERNANDEZ,<br>        Defendant<br><br>                    Debtor(s). | CASE NO.: 6:23-ap-01052 WJ<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF VOLUNTARY DISMISSAL OF A CONTESTED MATTER**<br>**[FRBP 9014(c) and LBR 9013-1(k)]** |
| | DATE:<br>TIME:<br>COURTROOM:<br>PLACE:<br>            [NO HEARING DATE] |

A motion for an order  for writ of possession - real property, directing US Marshal to Evict Defendants
was filed on (*date*) __02/28/2024__ and

☒  No response was filed with the court or served on the movant; or

☐  The parties stipulated to dismiss on (*date*) _____ on the record of the court; or

☐  The parties filed a stipulation to dismiss on (*date*) _____.

Notice is given that the above-entitled contested matter [docket entry number __41__ ] is dismissed pursuant to FRBP 9014(c).

Date: __04/24/2024__

Levene, Neale, Bender, Yoo & Golubchik L.L.P.
Printed name of law firm (if applicable)

ANTHONY A. FRIEDMAN
Printed name of individual Movant or attorney for Movant

/s/ Anthony A. Friedman
Signature of individual Movant or attorney for Movant

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing documents entitled **NOTICE OF VOLUNTARY DISMISSAL OF A CONTESTED MATTER** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 24, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Todd A. Frealy (TR)    taftrustee@lnbyb.com, taf@trustesolutions.net**
- **Anthony A. Friedman    aaf@lnbyg.com**
- **United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**: On **April 24, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Defendant
Julio Hernandez Morales
1382 Winston Court
Upland, CA  91786

Defendant
Judith Hernandez
1750 W. Arrow Rte
Upland, CA 91786

Hon. Wayne Johnson
United States Bankruptcy Court
3420 Twelfth Street, Suite 384
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 24, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **April 24, 2024** | Lisa Masse | */s/ Lisa Masse* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**